## STATE OF CONNECTICUT *v.* MAURICE L.

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 901 (AC 28276), is denied.

*Maurice L.*, pro se, in support of the petition.

Decided July 17, 2008

## MICHAEL PARROTT *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Parrott's petition for certification for appeal from the Appellate Court, 107 Conn. App. 234 (AC 27573), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided July 17, 2008

## STATE OF CONNECTICUT *v.* WILLIAM A. CYRTA

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 656 (AC 28114), is denied.

*Christopher Y. Duby*, special public defender, in support of the petition.

Decided July 17, 2008